IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:05cr125/LAC

DAVID HAYES MARSHALL

_____/

**SECONDED AMENDED ORDER SETTING TRIAL**

IT IS ORDERED that section A (1) of the Order of this Court entered December 30, 2005 (doc #12), shall be amended as follows:

A. (1) This case shall be tried <u>DURING THE TRIAL TERM BEGINNING **MONDAY, JANUARY 23, 2006 @ 9:00 AM**</u> in Pensacola, Florida, with jury selection to begin at 9:00 AM on that date.

In all other aspects, this Court's original order setting trial remains in full force and effect.

**ORDERED** this 6th day of January, 2006.

s/*L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge