# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                          CASE NO. 3:05CR125LAC

DAVID HAYES MARSHALL

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on __September 28, 2006__

Motion/Pleadings: __EXPEDITED MOTION TO CONTINUE SURRENDER DATE AND REQUEST TO FILE UNDER SEAL__

Filed by __DEFENDANT__ on __9/27/2006__ Doc.# __28__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated       _____ Joint Pldg.
__X__ Unopposed        _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 28th day of September, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.