# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

  VS                 CASE NO.  3:05cr125LAC

DAVID HAYES MARSHALL

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   September 29, 2006
Motion/Pleadings:   SEALED MOTION TO CONTINUE SURRENDER DATE
Filed by GOVERNMENT      on  9/29/2006      Doc.# 30
RESPONSES:

                 on       Doc.#
                 on       Doc.#

_____ Stipulated   _____ Joint Pldg.
X_____ Unopposed   _____ Consented

               WILLIAM M. McCOOL, CLERK OF COURT

               *s/Mary Maloy*

LC (1 OR 2)            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of September, 2006, that:*

*(a) The relief requested is **GRANTED** in part.*

*(b) To November 20, 2006 @ 12:00 noon.*

               s/*L.A. Collier*
               **LACEY A. COLLIER**
           *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

         Document No.