# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                CASE NO.  3:05cr125LAC

DAVID HAYES MARSHALL

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __November 16, 2006__

Motion/Pleadings:__EXPEDITED IN CAMERA PROCEEDING MOTION TO CONTINUE SURRENDER DATE__

Filed by __DEFENDANT__ on __11/16/2006__ Doc.# __33__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
__x__ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of November, 2006, that:*

*(a) The relief requested is **GRANTED.***

*(b) To December 20, 2006 @ 12:00 noon.*

s/ *L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.