IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                CASE NO: 3:05cr125-001

DAVID HAYES MARSHALL,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

    Before the Court is the Government's Rule 35 Motion advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his cooperation and significant assistance to the Government in the investigation and prosecution of others.

    Defendant's sentence of confinement on Counts I & III is reduced from 5 months to time served. The term of supervised release on Count III is reduced from 2 years to 1 year, and the special condition of supervised release requiring 5 months home detention is deleted. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 25 April 2006 shall remain unchanged.

    **ORDERED** this 19th day of December, 2006.

                                                      *s/L.A. Collier*
                                                      LACEY A. COLLIER
                                     Senior United States District Judge